UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEXTRADE HOLDINGS, INC.,

Plaintiff,

v. CASE NO: 8:05-cv-1903-T-23TBM

PROTRADE SPORTS, INC., et al.,

Defendants.
_______________________________________/

**ORDER**

The Court is advised that the parties are finalizing a settlement in this case. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty (60) days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on January 30, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE